McRORIE, Respondent, v. MONROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Action by William H. McRorie, an infant, against William H. Monroe. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

McSORLEY, Appellant, v. McGUIRE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Patrick McSorley against John O. McGuire and others. H. R. Limburg, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAGILL, Respondent, v. MAGILL et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Blanche A. Magill against Susan A. Magill and another. No opinion. Judgment affirmed, with costs.

In re MANDL. (Supreme Court, Appellate Division, First Department. April 22, 1910.) In the matter of Joseph G. Mandl. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MANHATTAN BRIDGE TERMINAL (Damage Parcel 31). (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Manhattan Bridge Terminal (damage parcel 31). No opinion. Report of referee confirmed. Order filed.

MANTEL et al., Respondents, v. GRANDON, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Samuel Mantel and others against David Grandon.
PER CURIAM. Judgment and orders of the Municipal Court affirmed, with costs.
BURR and THOMAS, JJ., dissent.

MANUFACTURERS' COMMERCIAL CO., Appellant, v. ROCHESTER RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by the Manufacturers' Commercial Company against the Rochester Railway Company and another.
PER CURIAM. Order (117 N. Y. Supp. 989) affirmed, with $10 costs and disbursements.
KRUSE and ROBSON, JJ., dissent.

MARKERT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by John Markert against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MARSH, Appellant, v. KISSAM et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Ella L. Marsh against Henry S. Kissam and others. R. L. Turk, for appellant.

T. M. Hill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MARTIN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Charles F. Martin against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

MASSA, Respondent, v. WATERTOWN ENGINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Louis F. Massa against the Watertown Engine Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent upon the ground that the evidence conclusively shows that the plaintiff was not competent to efficiently discharge the duties of general superintendent, and that the verdict is contrary to the evidence.

MATHISEN, Respondent, v. WETTRE, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Charles Mathisen against Gudolf Wettre. No opinion. Motion for reargument denied, with $10 costs.

MAURER, Appellant, v. HAMILTON TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Henry B. Maurer against the Hamilton Trust Company. No opinion. Order affirmed, with $10 costs and disbursements.

MAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by John H. May, as administrator, etc., of Charles Nelson May, deceased, against the New York Central & Hudson River Railroad Company.
PER CURIAM. Motion denied, without costs. See, also, 121 N. Y. Supp. 791.
BURR, J., taking no part.

MEACHAM, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Linus D. Meacham, Jr., against Ray Hathaway. No opinion. Judgment unanimously affirmed, with costs.

MECHANICS' & TRADERS' BANK v. BERGEN HEIGHTS REALTY CORP. et al. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by the Mechanics' & Traders' Bank against the Bergen Heights Realty Corporation and others. No opinion. Motion to resettle order denied, without costs. See, also, 122 N. Y. Supp. 33.